**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| SDN INVESTMENTS, LLC<br>8206 Meadow Forest<br>San Antonio, TX 78251<br><br>     Plaintiff<br><br>v.<br><br>CAPITAL FINANCIAL GLOBAL, INC.<br>1042 Fort Union Blvd. #521<br>Midvale, UT 84047<br><br>Serve On Resident Agent:<br>Registered Agent Solutions, Inc.<br>4628 W. Nevso Drive, Suite 2<br>Las Vegas, NV 89103<br><br>    Defendant | Case No.: |

COMPLAINT

Plaintiff, SDN Investments, LLC, ("SDN"), by and though its counsel, Matheau J. W. Stout, Esq. files this Complaint against Capital Financial Global, Inc. ("CFGX"), and alleges:

1.  This action is instituted pursuant to 15 U.S.C § 77c(a)10 (Section 3(a)(10) of the Securities Act of 1933, hereinafter "Section 3(a)(10)") for the issuance of securities in exchange for debt.

2.  This Court has jurisdiction over the parties hereto based on the Federal Statute.

3.  Venue is proper in the Northern District.

4.      Defendant, CFGX is a publicly traded entity, domiciled in Nevada and headquartered in Utah, and conducting business in Maryland, which has the ability to issue securities under Section 3(a)(10).

5.      On August 28, 2018, Plaintiff entered into a Claims Purchase Agreement with Red Castle Enterprises, LLC, a creditor of Defendant (an "Assignor"), whose claim against Defendant is past due and owing, in the amount of $973,893.70 ("Claims").  A copy of the Claims Purchase Agreement under which the Plaintiff acquired the subject debt from the Assignor and the corresponding documentation evidencing the debt owed by Defendant to this Assignor are attached hereto and incorporated by reference herein as Exhibit A.  Among other things, Exhibit A sets Maryland as the Venue for any action related thereto.

6.      On September 18, 2018, the parties entered into a Settlement Agreement and Stipulation pursuant to Section 3(a)10 (the "Settlement Agreement"), in which CFGX affirmed its indebtedness to the Assignors from whom SDN acquired the Debts, and recognized the aforementioned Claims, thus acknowledging its indebtedness to SDN. Among other things, Exhibit B sets Maryland as the Venue for any action related thereto. A copy of the Settlement Agreement is attached hereto as Exhibit B.

7.      On September 17, 2018 Defendant engaged Garden State Securities, Inc., ("PLACEMENT AGENT") a registered broker-dealer, to serve as Placement Agent with regard to the due diligence of and the purchase of Claims by third-parties like SDN.   For such Placement Agent services, PLACEMENT AGENT is due a placement agent fee of $5,000.00 set detailed in paragraph 3C of the aforementioned Settlement Agreement.   The invoice for placement agent services is attached hereto as Exhibit C.

8.      SDN's brokerage will not allow SDN to deposit CFGX stock into its brokerage account in settlement of the Debts without a "federal court order" recognizing an exemption from registration under the Securities Act of 1933, despite the best efforts of CFGX to assist SDN with the removal of restricted legends and/or the deposit of such common stock with SDN's brokerage, such that it is impossible for SDN to recoup its losses without relief under Section 3(a)(10).

9.      As a direct and proximate result of the failure of CFGX to pay the Debts which are the subject of this Complaint, SDN has been damaged.

10.     CFGX's public securities filings detail its inability to repay SDN using cash, and SDN seeks a settlement pursuant to Section 3(a)(10) of the Securities Act of 1933 whereby CFGX would issue shares of its publicly traded common stock as payment for the debts owed to SDN.

11.     Section 3(a)(10) requires that a hearing be conducted as to the fairness of the terms and conditions of the exchange of debt for securities.

WHEREFORE, Plaintiff requests this Honorable Court schedule a hearing to determine the fairness of the proposed settlement and for such other and further relief as is deemed appropriate.

Respectfully submitted,

_____/s/_____

*/s/ Matheau J. W. Stout*
Matheau J. W. Stout (28054)
400 E. Pratt Street, 8th Floor
Baltimore, Maryland 21202
(410) 429-7076 Tel
(888) 907-1740 Fax

*Attorney for Plaintiff*